UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE LUNSFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS HEALTH CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00732-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING JUNE 10, 2025, SCHEDULING CONFERENCE TO JUNE 17, 2025, AT 10:00 AM<br><br>(Docs. 35, 36) |

　　　Pending before the Court is the parties' joint stipulated request to continue the scheduling conference from June 10, 2025, to June 17, 2025, filed on June 2, 2025. (Doc. 36). The parties stipulate to continue the scheduling conference as Plaintiff's counsel represents that he will be out of town on personal business during the June 10, 2025, scheduling conference. (*Id.* at 2).

　　　In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the scheduling conference set for June 10, 2025 (Doc. 35) is continued to **June 17, 2025, at 10:00 AM**. The parties are DIRECTED to file a Joint Scheduling Report one (1) full week prior to the scheduling conference (*i.e.*, no later than June 10, 2025) in accordance with the Court's order setting mandatory scheduling conference. *See* (Doc. 4 at 2).

IT IS SO ORDERED.

　　Dated:　**June 3, 2025**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE